## POWELL v. TWOHY BROS. CO.

(194 Pac. 685.)

From Crook: JAMES U. CAMPBELL, Judge.

In Banc.

This is an action by Powell & Powell against Twohy Bros. Company to recover damages in the sum of

$1,800.   From a judgment on a verdict favorable to plaintiffs in the sum of $1,000, defendant appeals.

REVERSED.

For appellant there was a brief over the names of *Messrs. Malarkey, Seabrook & Dibble, Mr. James G. Wilson* and *Mr. G. L. Bernier,* with an oral argument by *Mr. E. B. Seabrook.*

For respondents there was a brief with oral arguments by *Mr. W. H. Wilson* and *Mr. N. G. Wallace.*

BEAN, J.—The points involved are in effect the same as in the case of *Marks* v. *Twohy Bros. Co., ante,* ·p. 514 (194 Pac. 675). The complaint contains one cause of action pertaining to the use of the Table Land Ditch, mentioned in that opinion.

The judgment of the lower court will therefore be reversed.                                        REVERSED.

Mr. Justice McBRIDE did not sit in this case.